IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DARRYL MILLER,                )
                              )
      Plaintiff,              )
                              )    CIVIL ACTION NO.
      v.                      )      3:24cv588-MHT
                              )          (WO)
DAVID JOHNSON and             )
MALLORY HARTFIELD,            )
                              )
      Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated in the Russell County Jail, filed this lawsuit complaining his civil rights were violated when his bond was revoked without explanation after mistrial in his criminal case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and to comply with a court order. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of June, 2025.

                                           /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE